**UNITED STATES of America**

v.

**Helacio GONZALEZ–CASTILLO,**
**Appellant.**

**No. 04–3260.**

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit LAR
34.1(a) Nov. 14, 2005.

Decided Dec. 5, 2005.

James T. Clancy, Office of United States Attorney, Harrisburg, PA, for United States of America.

Dennis E. Boyle, Camp Hill, PA, for Appellant.

Before ROTH, FUENTES and BECKER, Circuit Judges.

## OPINION

BECKER, Circuit Judge.

Pursuant to a plea agreement, appellant Helacio Gonzalez–Castillo entered a plea of guilty to a one-count indictment charging alleged entry into the United States as a previously deported alien. 8 U.S.C. § 1326(a). Gonzalez–Castillo was sentenced to 24 months' imprisonment.

Appellant challenges his sentence under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). In *United States v. Davis,* 407 F.3d 162 (3d Cir.2005) (*en banc*), we held that, except in limited circumstances, we will presume prejudice and direct a remand for resentencing where the District Court imposed a sentence in the belief that the applicable Sentencing Guidelines were mandatory. That was the situation here, and we perceive no circumstance in this case that warrants a different result from that found in *Davis.* We will therefore vacate the sentence and remand for resentencing in accordance with *Booker.*